Ralph R. STRANGE v. COMMISSIONER OF INTERNAL REVENUE.

No. 7278.

Circuit Court of Appeals, Ninth Circuit.

Sept. 6, 1933.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of respondent, consented to by petitioner, ordered petition to review in this cause dismissed; mandate forthwith.

Fancho STUBBLEFIELD, Appellant, v. UNITED STATES of America, Appellee.

No. 7312.

Circuit Court of Appeals, Ninth Circuit.

Oct. 23, 1933.

J. R. Murphy, of Portland, Or., for appellant.

Carl C. Donaugh, U. S. Atty., of Portland, Or.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal herein dismissed for failure of appellant to file record and docket cause; mandate forthwith.

W. L. SWINK v. UNITED STATES of America.

No. 861.

Circuit Court of Appeals, Tenth Circuit.

April 19, 1933.

Hal Welch, of Muskogee, Okl., for appellant.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed on stipulation.

William C. TOWNSEND, Master and Owner of Power Boat VELMA BROOKS, and R. E. Roberts, Trading and Doing Business as Lord-Mott Company, Appellants, v. MUNSON STEAMSHIP LINE, Claimant of Steamship MUNDOLPHIN, Her Engines, etc., Appellee.

No. 3544.

Circuit Court of Appeals, Fourth Circuit.

Oct. 20, 1933.

George W. P. Whip, of Baltimore, Md. (Lord & Whip, of Baltimore, Md., on the brief), for appellants.

Robert W. Williams, of Baltimore, Md. (Janney, Ober & Williams and William A. Grimes, all of Baltimore, Md., on the brief), for appellee.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

A careful examination of the record of this case convinces us that the decree below (3 F. Supp. 766) should be affirmed for the reasons stated in the opinion of the District Judge, which is hereby adopted as the opinion of this Court.

Affirmed.